Opinion issued August 18, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00643-CR

———————————

In Re gerardo Carrillo, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION[1]

By petition
for writ of mandamus, relator, Gerardo Carrillo, challenges his conviction for
failure to yield the right of way.[2]
We deny the petition for writ of mandamus. 

PER CURIAM

Panel consists of Chief Justice Radack and Justices Higley
and Brown.

Do not publish.  Tex. R.
App. P. 47.2(b).

 











[1]           The underlying case is Gerardo Carrillo v. State of Texas, No.
5515 in the County Criminal Court of Law No. 8 of Harris County, Texas, the
Hon. Hay Karahan presiding.

 





[2]
          Carrillo previously appealed this same conviction. See Carrillo v. State,  No.
01-11-00495-CR, 2011 WL 2927791 (Tex. App.—Houston [1st Dist.] July 21, 2011,
no pet. h.).